UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-6002-CR-GONZALEZ/Snow

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ANTHONY DAVID ROSTAN,

       Defendant.

_____

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on Defendant, Anthony David Rostan's Notice to Preserve Rights Under New Supreme Court Rulings (DE 294) and Defendant [sic] Request to Preserve For Any Future Collateral, Retroactively [sic] Issues (DE 295), which were referred to United States Magistrate Judge, Lurana S. Snow, for Report and Recommendation.

In the Notice to Preserve Rights Under New Supreme Court Rulings, the Defendant seeks to preserve any rights he may have to post-conviction relief on the ground of ineffective assistance of counsel during plea negotiations, and requests a hearing on this issue. It is impossible to determine whether the Defendant seeks post-conviction relief pursuant to 28 U.S.C. § 2241 or 2255 or some other federal statute or rule. Since the applicable law varies depending upon the remedy sought by the Defendant, the Defendant must determine what, if any, type of post-conviction relief he seeks.

In his Request to Preserve For Any Future Collateral, Retroactively [sic] issues, it appears that the Defendant seeks to put this Court on notice that he wishes to preserve his right to litigate issues involved in certain Supreme Court cases in the event that the Supreme Court decisions are applied retroactively.

**CONCLUSION**

Neither DE 294 nor DE 295 is a motion requiring any action by this Court. If the Defendant seeks post-conviction relief from the Court, he may file the appropriate petition or motion. This Court having considered carefully the pleadings and the applicable case law, it is hereby

RECOMMENDED that no action be taken on Defendant's Notice to Preserve Rights Under New Supreme Court Rulings (DE 294) and Defendant [sic] Request to Preserve For Any Future Collateral, Retroactively [sic] Issues (DE 295).

The parties will have 14 days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with The Honorable Jose A. Gonzalez, Jr., Senior United States District Judge. Failure to file objections timely shall bar the parties from attacking on appeal factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1998), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 28th day of June, 2012.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Brent Tantillo (FTL)

Anthony David Rostan, pro se
No. 23005-004
Federal Correctional Complex
P.O. Box 1033
Coleman, FL  33521-1033