UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-6002-CR-GONZALEZ

UNITED STATES OF AMERICA

vs.

ANTHONY DAVID ROSTAN,

Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** has come before the court upon the Report and Recommendation (DE 301) of the United States Magistrate Judge Lurana S. Snow, pertaining to the Notice to Preserve Rights Under New Supreme Court Rulings (DE 294) and Request to Preserve For Any Future Collateral, Retroactively Issues (DE 295) filed by the Defendant, Anthony David Rostan. The court having considered the Report and Recommendation and no objections having been filed it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Lurana S. Snow (DE 301) is approved and adopted as the order of this Court.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of August 2012.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE