David A. Rostan
Reg. No. 23005-004
U.S. Penitentiary Yazoo
Yazoo City, MS 39194

March 28, 2019

FILED BY _PG_ D.C.
APR 08 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Judge Jose E. Martinez
U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128-7716

Case No. 97-CR-06002-JEM
USA v. Rostan

Judge Martinez:

Received your March 25th Order requiring a response from AUSA and Probation by April 1, 2019 Docket Entry 362.

If granted I would request placement in a CCC/Half-way center for 30 days at the minimum. I have no family nor place to live since my arrest in 1996.

Also prior to leaving the BOP I have been scheduled for outside medical appointments that are scheduled in a few months. Ophthalmologist - Cataract surgery. (Right eye complete LEfT eye pending for 6 months.) Audiologist - hearing aid replacement since lost during evacuation from Marianna, FL. Hurricane Michael damage. Really need the above to happen prior to any release.

Thank you for your consideration.

Cordially
D.A. Rostan

◇23005-004◇
David Anthony Rostan
Reg. No. 23005-004
PO BOX *5000
Yazoo U.S. Penitentiary
Yazoo CiTY, MS 39194
United States

Judge Jose E. Martinez
United States Courthouse
400 North Miami Avenue
Miami, FL 33128-7716