UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

Case Number: 97-6002-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

DAVID ANTHONY ROSTAN, JR.,
  Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant David Anthony Rostan, Jr.'s ("Defendant") Request for Appointment of Public Defender and Extension of Time to File a Reply to Government's Response to a Reduction of Sentence Pursuant to Section 404 First Step Act [ECF No. 336] and Motion to Appoint the Federal Public Defender and Request for Additional Time to File a Response [ECF No. 367] (collectively, the "Motions"). Accordingly, after careful consideration of the Motions and the record in this action, it is

**ORDERED AND ADJUDGED** that Defendant's Motions [ECF Nos. 366, 367] are **GRANTED IN PART AND DENIED IN PART.** To the extent that Defendant requests the appointment of the Federal Public Defender to represent him for purposes of his "Request for a Reduction in Sentence Pursuant to Section 404 of the First Step Act of 2018" ("First Step Act Motion") [ECF No. 361], Defendants' Motions are **DENIED**. With respect to Defendant's request for an extension to file a reply in support of his First Step Act Motion, the request is **GRANTED**. Defendant shall file his reply **on or before June 7, 2019**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of May, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
David Anthony Rostan, Jr., *pro se*