UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 97-6002-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ANTHONY ROSTAN,

    Defendant.

_____/

## MOTION TO APPOINT THE FEDERAL PUBLIC DEFENDER

The Federal Public Defender, by and through undersigned counsel, respectfully requests the Court appoint her to represent the defendant, David Anthony Rostan, for the purpose of filing a request for reduction of sentence pursuant to 18 U.S.C. § 3582(c), commonly referred to as "compassionate release."

1. On December 9, 1999, Mr. Rostan was convicted of the four counts of the Superseding Indictment. (D.E. 190.)

2. Mr. Rostan is presently serving a life sentence. (D.E. 266.)

3. Mr. Rostan is now 67 years old. He suffers from several health conditions, which, together with his age, may put him at higher risk of severe illness if he contracts COVID-19.

4. Mr. Rostan is presently housed at FCI-Miami, a prison which is currently experiencing an outbreak of infections of the novel coronavirus.

5. After a brief review of the file, it appears that Mr. Rostan may be entitled to relief, but the undersigned needs to conduct additional research.

6. Undersigned counsel has contacted AUSA Alicia Schick, who states the government opposes the relief requested herein.

## RELIEF REQUESTED

WHEREFORE, the Federal Public Defender respectfully requests that the Court grant this motion and appoint her to represent defendant David Anthony Rostan for purposes of researching and filing a request for compassionate release.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/ Abigail Becker*
Assistant Federal Public Defender
Florida Bar No. 72284
150 W. Flagler St. Suite 1700
Miami, FL 33130
(305) 530-7000
Abigail_Becker@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Abigail Becker*